**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF: CHAPTER 13

GWENDOLYN REED CASE NO: 22-01383 KMS

**ORDER**

THIS CAUSE came before the Court on the Trustee's Motion to Modify (DK #31), and the Court Orders as follows:

THAT, no response has been timely filed herein.

THAT, the Trustee's Motion to Modify is hereby granted.

THAT, the Debtor's plan is modified to use funds on hand and/or to be received to pay an increased percentage to timely filed unsecured claims. That said funds shall be paid on a pro rata basis with the Trustee to determine the proper percentage.

THAT, the indebtedness of those creditors not timely filing proofs of claims shall be paid nothing.

THAT, the Debtor's Wage Deduction Order, or Order to Pay Trustee shall remain unaltered and be honored until the Debtor has completed payments under the confirmed plan.

##END OF ORDER##

SUBMITTED BY:

/s/ David Rawlings
David Rawlings,
Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403
Phone: 601 582-5011 Fax: 601 584-9451
ecfnotices@rawlings13.net